William H. Benvie, Defendant in Error, v. Chicago Stock Yards & Transit Co., Plaintiff in Error.

### Gen. No. 17,808.

APPEALS AND ERRORS—*when bill of exceptions is necessary to review.* Where no bill of exceptions appears in the record, no

Teich et al. v. Kaufman, 174 Ill. App. 306.

question is preserved for review by assignments of error relating wholly to questions of evidence.

Error to the Municipal Court of Chicago; the HON. GEORGE J. COWING, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 8, 1912.

JOSIAH BURNHAM, for plaintiff in error.

MARK J. SULLIVAN, for defendant in error.

MR. PRESIDING JUSTICE CLARK delivered the opinion of the court.

Judgment was obtained by the defendant in error against the plaintiff in error in the Municipal Court, which we are asked to reverse for the reasons, as alleged, that improper evidence was admitted and proper evidence excluded, and that the finding was excessive.

No bill of exceptions, however, appears in the record, and, consequently, no question is preserved for review by the assignments of error, which relate wholly to questions of evidence.

*Affirmed.*